COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Diamond Offshore General, LLC

Appellate case number:      01-22-00837-CV

Trial court case number:    2022-14588

Trial court:                11th District Court of Harris County

On November 11, 2022, relator, Diamond Offshore General, LLC, filed a petition for writ of mandamus challenging the trial court's October 27, 2022 "Order Denying Diamond's Motion to Dismiss Based on Mandatory Forum-Selection Clause or, in the Alternative, Forum Non Conveniens." On November 22, 2022, the Court requested a response to the petition for writ of mandamus by real party in interest, Grant Gibson, due on or before December 12, 2022.

In its mandamus petition, relator noted that it had filed a motion in the trial court requesting that the trial court proceedings be stayed pending this Court's consideration of the mandamus petition. On December 8, 2022, relator filed an "Opposed Motion for Immediate Temporary Relief" with this Court, stating that the trial court denied relator's request to stay the trial court proceedings. Accordingly, relator requests that this Court "grant a stay of the litigation" pending this Court's consideration of the mandamus petition, and specifically whether the trial court erred in disregarding a purportedly mandatory forum-selection clause requiring Gibson to bring his case in Bermuda.

Relator's "Opposed Motion for Immediate Temporary Relief" is **granted**. All proceedings in trial court case number 2022-14588, pending in the 11th District Court of Harris County, are **stayed** pending this Court's consideration of relator's mandamus petition.

It is so ORDERED.


Judge's signature: _/s/ Amparo Guerra_____

☑ Acting individually    ☐ Acting for the Court

Date: __December 15, 2022_____